FILED 23 JUL '13 14:45 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:13-cr-00347-MO |
| v. | **INDICTMENT** |
| HUGO BARRON-SONORA, | Felon in Possession of Firearm<br>18 U.S.C. § 922(g)(1) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 15, 2013, in Marion County, Oregon, in the District of Oregon, **HUGO BARRON-SONORA**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. On or about April 12, 2011, in the Circuit Court of the State of Oregon for the County of Multnomah, Case No. 090130079, Possession of a Forged Instrument in the First Degree;

did knowingly and unlawfully possess the following firearms and ammunition: A Browning Arms 9mm Hi-Power Pistol, Serial Number 511MN53578; a Zastava Model PAP M85PV 5.56x45, Serial Number M85PV000829 (an AK-47-style assault rifle); and .223 ammunition; which had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this indictment, **HUGO BARRON-SONORA**, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and all ammunition involved in that offense, including without limitation: A Browning Arms 9mm Hi-Power Pistol, Serial Number 511MN53578; a Zastava Model PAP M85PV 5.56x45, Serial Number M85PV000829 (an AK-47-style assault rifle); and .223 ammunition; which had previously been transported in interstate commerce.

Dated this 23 day of July 2013.

A TRUE BILL.


OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

PAMALA R. HOLSINGER, OSB #89263
Assistant United States Attorney
(503) 727-1000