Paul M. Ferder, OSB No. 72087
Ferder Casebeer French & Thompson, LLP
515 High Street SE
PO Box 843
Salem OR 97308
(503)585-9197
pferder@ferder.com

       Of Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>      v.<br><br>HUGO BARRON-SONORA,<br><br>Defendant. | No. 3:13CR00347-MO<br><br>**SENTENCING MEMORANDUM** |

## I. Introduction

On June 9, 2014 at 11:00 A.M., Mr. Barron-Sonora will appear before the court for

sentencing in this matter. On February 3, 2014, Mr. Barron-Sonora entered, and the court

accepted, a guilty plea to Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 18 U.S.C.

§ 924(a)(2) (Count 1) and Conspiracy to Distribute and Possess with Intent to Distribute more

than 100 grams of Heroin, 21 U.S.C. § 841(a)(1),   21 U.S.C. § 841(b)(1)(B), and 21 U.S.C. §

846 (Count 2).   At sentencing, the government will request the court sentence Mr.

Barron-Sonora to 97 months at the Federal Bureau of Prisons (BOP).   Mr. Barron-Sonora,

however, will request a 63 month sentence, with a special request for recommendation to specific

placement at FCI-Sheridan, with eligibility for any and all non-residential and residential drug

and alcohol intervention programs (DAP and RDAP) and continuing educational programming (ACE).

## II.  Background

Mr. Barron-Sonora was born on April 22, 1981, in Tepic, Nayarit, Mexico, and is the fourth of five children born to Irma and Humberto Barron-Sonora.    Mr. Barron-Sonora attended primary school in Mexico, but only obtained a sixth grade education.    His failure to complete any additional schooling is directly attributable to the impoverished conditions Mr. Barron-Sonora was raised in.    At age twelve, Mr. Barron-Sonora started working full-time hours to support his family.    As an adolescent, Mr. Barron-Sonora worked as a butcher.    He also sold gum and other small candies on the street in order to support his family.    Mr. Baron-Sonora quickly realized that Nayarit presented minimal economic opportunity and offered no chance of upward social mobility.    Consequently, in his quest to find meaningful work, Mr. Barron-Sonora entered the United States unlawfully as a young adult.

Mr. Baron-Sonora spent five-years working as a butcher in California.    He continued working in that capacity after relocating to Oregon.    As is often the case for undocumented laborers, Mr. Barron-Sonora's working conditions were less than desirable.    Substandard wages also made it difficult for Mr. Barron-Sonora to support himself and his family.    At some point, Mr. Barron-Sonora began buying and selling cars to supplement his income.    In fact, at the time of his arrest, Mr. Barron-Sonora was earning approximately $1,200 to $2,000 per month by buying and selling cars.    But, despite his best efforts, Mr. Barron-Sonora still had difficulty making ends meet.

Eventually, Mr. Barron-Sonora began selling narcotics.    Although, initially, he sold small quantities of narcotics, by the time of his arrest, Mr. Barron-Sonora was selling about 25-30 ounces of heroin a week.

Mr. Barron-Sonora is married to Esmeralda Colmenares-Chiprez.    Ms.

FERDER CASEBEER FRENCH & THOMPSON, LLP
ATTORNEYS AT LAW
515 High Street SE - PO Box 843 - Salem, OR 97308-0843
503/585-9197

Colmenares-Chiprez, although not condoning of her husband's actions, will remain a viable support for him. The couple met in 2009.    At that time, Ms. Colmenares-Chiprez was already the mother of three daughters: Gisselle (15), Julyssa (11), and Annelisse (9).    Mr. Barron-Sonora has assumed the role and responsibilities of a father from the instant he entered his stepdaughters' lives.    Until he was arrested, Mr. Barron-Sonora supported the girls financially and served as a proper male role model.    Then, in 2011, the couple gave birth to Humberto, Mr. Barron-Sonora's first biological child.

The birth of Humberto sparked a true change in Mr. Barron-Sonora.    In fact, in 2011, Mr. Barron-Sonora undertook steps to obtain legal status.    Mr. Barron-Sonora's effort to obtain a valid work permit was predicated upon his desire to quit selling narcotics and work a legitimate job.    Ironically, one week after his arrest, Mr. Barron-Sonora was issued a valid work permit.

Mr. Barron-Sonora's extenuating personal and family circumstances merit leniency. Mr. Barron-Sonora suffers from diabetes and is in need of ongoing treatment.    His diabetes caused him to be hospitalized in 2013.    Mr. Barron-Sonora experiences chest pains, shortness of breath, and lightheadedness.    His diabetic condition requires regular, continuing, ongoing treatment and medication.    Moreover, Mr. Barron-Sonora is the sole financial provider for his four children, his wife, his parents, and siblings.

In terms of Mr. Barron-Sonora's criminal history, the record is sparse.    In 2007, he was, however, convicted of misdemeanor-DUII in California.    Also, in 2009, Mr. Barron-Sonora was convicted of first-degree Possession of a Forged Instrument in Multnomah County Circuit Court.

Although Mr. Barron-Sonora appreciates the gravity of his conduct, the attached letters make clear that he is much more than a felon.    Mr. Barron-Sonora has made a positive impact on many people from all walks of life.

///

///

FERDER CASEBEER FRENCH & THOMPSON, LLP
ATTORNEYS AT LAW
515 High Street SE - PO Box 843 - Salem, OR 97308-0843
503/585-9197

### III.  Guidelines Calculations

The guideline for violations of 18 U.S.C. § 922(g)(1) is found as USSG §2K2.1. Pursuant to USSG §2K2.1(a)(4)(B), if the (i) offense involved a semiautomatic firearm that is capable of accepting a large capacity magazine; and (ii) defendant was a prohibited person at the time the defendant committed the instance offense, the base offense level is 20.   Both of those factors apply in this case.

In addition, the established guidelines for violation of 21 U.S.C. § 841(a)(1) is found at USSG §2D1.1.   The instant offense involved between 1,000 and 3,000 grams of heroin.   Thus, under USSG §2D1.1(a)(5) and (c)(4), the base offense level is 32.   Defendant agrees with the government and the Presentence Report (PSR) that he should receive a 3 level reduction under §3E1.1 for acceptance of responsibility.   That results in a total offense level of 29.

Defendant does agree that Chapter 5, Part A, establishes that defendant has 2 criminal history points, establishing a Criminal History Category II.   According to those calculations, defendant would agree that the appropriate sentencing guideline range, without departures or variances, would be 97-121 months.   Defendant notes that, given (1) his criminal history, (2) the quantity of heroin possessed, and (3) that this is defendant's first felony drug conviction, the court is required to impose a mandatory-minimum 5 year sentence.   21 U.S.C. §841(b)(1)(B)(i).

Defendant further agrees with the government's proposed two-level downward variance to recognize defendant's early resolution of this matter, and to achieve a reasonable sentence in light of that early resolution under the factors listed in 18 U.S.C. § 3553(a).   Although that downward variance would result in a total offense level of 27, defendant understands the government will seek a two-level upward adjustment in the offense level based upon the government's belief that defendant played an aggravating role in the offense, USSG §3B1.1.

Defendant objects to any upward adjustments, but understands that the government will recommend an adjusted offense level of 29.   That offense level carries a presumptive guideline

FERDER CASEBEER FRENCH & THOMPSON, LLP
ATTORNEYS AT LAW
515 High Street SE - PO Box 843 - Salem, OR 97308-0843
503/585-9197

range of 97-121 months.    In addition, the government agrees to recommend a sentence at the low-end of the resulting guideline range and will not seek any other upward departures, adjustments or variances to the advisory guideline range.    Although the PSR indicates that a multiple-count adjustment may apply, USSG §3D1.1, defendant notes that §3D1.2(d) provides that both convictions "are to be grouped."

Defendant, for his part, objects to the government's recommended two-level upward adjustment from an adjusted offense level of 27.    Defendant further requests an additional two-level downward variance due to defendant's extenuating circumstances; to wit, his need for ongoing medical treatment and familial obligations.    Accordingly, that results in an adjusted offense level of 25.

**IV. Section 3553 Factors**

In *United States v. Booker*, 543 US 220 (2005), the United States Supreme Court made clear that the federal sentencing guidelines are advisory, and this court, when sentencing a defendant such as Mr. Barron-Sonora should also consult the criteria outlined in 18 U.S.C. § 3553(a).    This court, like all district courts, has historically been in the position to "consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and punishment to ensue."    *Koon v. United States*, 518 US 81, 112 (1996).

A "reasonable" sentence consists of considering the presumptive sentence provided for under the guidelines, along with other unique factors to the case.    After considering the guidelines sentence, this court may decide that the guideline sentence should not apply because
"the case at hand falls outside the 'heartland,' * * * perhaps because the
Guidelines sentence itself fails to properly reflect § 3553(a) considerations, or
perhaps because the case warrants a different sentence regardless."
*Rita v. United States*, 551 US 338, 351 (2007).    This court has discretion to vary from the guidelines based solely on policy considerations, including disagreements with the guidelines.

Page    5 - **SENTENCING MEMORANDUM**

FERDER CASEBEER FRENCH & THOMPSON, LLP
ATTORNEYS AT LAW
515 High Street SE • PO Box 843 • Salem, OR 97308-0843
503/585-9197

*Kimbrough v. United States*, 352 US 85 (2007).

Under 18 U.S.C. § 3553(a), this court should "impose a sentence sufficient, but not greater than necessary" to comply with the goals of sentencing identified by Congress.    In particular, this court should consider: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the goals of sentencing: punishment, deterrence, protection of the public, and rehabilitation of the defendant; (3) the kinds of sentences available; (4) the recommended sentence under the sentencing guidelines; (5) any pertinent USSC policy statements; (6) the need to avoid unwarranted disparities among similar defendants; and (7) the need to provide restitution to victims.

In this case, the PSR accurately describes Mr. Barron-Sonora's relevant conduct, criminal history, and familial situation.    Even though others were mentioned in the reports, and associated with the substances involved, Mr. Soto chose not to challenge any aspect of the charges against him concerning his "relevant conduct," including any challenges to government action in any of its investigative efforts, exemplifying "extraordinary acceptance of responsibility."    *United States v. Severino*, 454 F3d 206 (3rd Cir 2006).

Removing Mr. Barron-Sonora for more than five years—more than an eighth of his entire life—will certainly punish him, deter any similar future action, and protect the public. However, it will not provide rehabilitation, unless that rehabilitation begins before release.    This is evident based solely on a review of Mr. Barron-Sonora's history of substance abuse.    Without intensive drug and alcohol rehabilitation before release, Mr. Barron-Sonora will certainly fail as his past reflects.    Thus, removing Mr. Barron-Sonora from society for more than five years, while at the same time recommending his entry into the DAP program and RDAP program during his incarceration will certainly provide Mr. Barron-Sonora the foundation from which to begin to rebuild his life before he is released.    As indicated *supra*, much of Mr. Barron-Sonora's involvement with drug trafficking was intimately related with his own addiction

FERDER CASEBEER FRENCH & THOMPSON, LLP
ATTORNEYS AT LAW
515 High Street SE - PO Box 843 - Salem, OR 97308-0843
503/585-9197

issues.   Entry into the DAP and RDAP program will help ensure that he will not re-offend and will be able to continue playing a meaningful role in the lives of his children.   If the court adopts Mr. Barron-Sonora's sentencing recommendation, he will be released with more than five years of sobriety under his belt.

Structuring an appropriate federal sentence in this fashion provides for approximately 41 more months, without departures, from an equivalent state sentence.   *See* ORS 475.850 (based on defendant's criminal history and a substantial quantity of heroin the presumptive sentence would be 21-22 months).   But, more importantly, Mr. Barron-Sonora the intervention he desperately needs before his release.   As this court is aware, had Mr. Barron-Sonora been sentenced in state court, he would not have access to similar treatment programs.   Mr. Barron-Sonora looks forward to the opportunity to pay his debt to society while, at the same time, rehabilitate himself.   That rehabilitation starts with a DAP or RDAP program.

Further, as noted, Mr. Barron-Sonora has only completed six years of formal education. FCI-Sheridan provides adult education opportunities, including limited in-house college programs.   Furthering his education will only provide the tools necessary to enhance Mr. Barron-Sonora's chances for future success.   There is no question that defendant is an intelligent man.   However, formal education opportunities will help focus Mr. Barron-Sonora's time and attention to lawful activities that confer a benefit to our society.

In this case–a case where a young man, from an impoverished childhood, turned to unlawful activity to make ends meet and support his extended family–and for reasons discussed above, an appropriate sentence should entail 63 months incarceration within the BOP with recommendations for placement at FCI-Sheridan, and placement in the DAP and RDAP, and ACE programs therein.   That sentence takes into account the guidelines sentence, the §3553(a) factors, defendant's acceptance of responsibility, the early resolution of this case, and the concept that "imprisonment is not an appropriate means of promoting correction and

FERDER CASEBEER FRENCH & THOMPSON, LLP
ATTORNEYS AT LAW
515 High Street SE - PO Box 843 - Salem, OR 97308-0843
503/585-9197

rehabilitation." 18 U.S.C. § 3582.

Adopting the government's recommendation—97 months—will not achieve any additional penological or societal interests than what would be captured in defendant's recommended 63 month sentence. That additional 34 months will not confer any additional benefit to American taxpayers or to defendant's rehabilitation. In fact, the government's recommendation, if adopted, will only saddle defendant's family with more debt and deprive defendant's children from a father that plays an active role in their lives. Moreover, the government's recommendation relies upon a 2-level upward adjustment that should not apply in this case. To help guide the court in reaching an appropriate incarceration term, defendant has attached a sentence comparison chart. That chart contains a list of similarly situated defendants sentenced for similar crimes in the District of Oregon.

A 63-month sentence is sufficient, but not greater than necessary. Defendant prays that this court adopts his recommendation.

///
///
///
///
///
///
///
///
///
///
///

Page   8 - **SENTENCING MEMORANDUM**

FERDER CASEBEER FRENCH & THOMPSON, LLP
ATTORNEYS AT LAW
515 High Street SE - PO Box 843 - Salem, OR 97308-0843
503/585-9197

## V. Conclusion

For those reasons, Mr. Barron-Sonora recommends that the court sentence him to 63 months incarceration with the Federal Bureau of Prisons.    That sentence derives from a total offense level of 29, in crime Category II, along with the government's recommended two-level downward variance in light of defendant's early resolution, and defendant's request for an additional two-level downward variance premised upon Mr. Barron-Sonora's extenuating circumstances.    The low-end of that category is 63 months.    Defendant requests that the court adopt that recommendation as an appropriate sanction and rehabilitative effort to make Mr. Barron-Sonora a productive member of society once again.

Dated this ____ day of May, 2014.

FERDER CASEBEER FRENCH & THOMPSON LLP


/s/ Paul M. Ferder
PAUL M. FERDER, OSB# 72087
Of Attorneys for Defendant

FERDER CASEBEER FRENCH & THOMPSON, LLP
ATTORNEYS AT LAW
515 High Street SE - PO Box 843 - Salem, OR 97308-0843
503/585-9197

## CERTIFICATE OF SERVICE

I hereby certify that I directed to be served the foregoing **"Sentencing Memorandum"** on:

Pamala R. Holsinger
Assistant United States Attorney
U.S. Department of Justice
1000 SW Third Avenue, Suite 600
Portland, OR 97204

by the following indicated method or methods:

X     by mailing full, true, and correct copies thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorneys as shown above, the last-known office address of the attorneys, and deposited with the United States Postal Service at Salem, Oregon, on the date set forth below.

by emailing a full, true, and correct copy thereof to the attorney as shown above, which is the last known email address for the attorney, on the date set forth below. It appears that receiving email address received this document on the date set forth below.

DATED this 27th day of May, 2014.

FERDER CASEBEER FRENCH & THOMPSON, LLP


/s/ PAUL M. FERDER
PAUL M. FERDER, OSB #72087
Of Attorneys for Defendant

Page   10 - **SENTENCING MEMORANDUM**

Dear: Judge

Would you Please let my dad Out because he always helps, me With my homework. He would always Play with us and my little brother. My Sisters and I liked it When he was here. He would Olwys Picks us up From School, When my mom worked and I like When my dad watches us Please, Please let him Out.

me   nenis   chel   Judge   mom   dad   Beto

EXHIBIT 101 PAGE 1 OF 1

to The Judge

Dear Judge

Halo mR. Judge my name is annelvese
I am a yearse old I Im fitting this
to say that we all want my dad to
come back we all pray hard suprr
hard but the dream Wont come
trve so preas pleas ooohhh
pleas let him out we all
beg you if it comes
trve thankyou so much. We always
Play Soccer, he picks us up
from school not enymore
we walk home So pleas
pleas let him out Soon or
now So we mostley Sometimes
we dont se my mom becvase
She works hard for money
to go see him and to bye food.
So you now why we wont
him.

EXHIBIT 102 PAGE 1 OF 1

Dear judge, My name Gisselle Chiprez. I am Hugo Sonora's oldest step-daught. I miss my step dad a lot... I know he didn't make very good desions while out here but everyone makes mistakes right? And when we make those mistakes we learn from them. I think my step dad has. I also think he deserves a second chance to prove that. Things here at home have been hard without him. I hardly get to see my mom because she's so busy working and trying to keep a roof over our heads. My mother is doing a great job considering theres four of us she's supporting. But it would be so much better if he were here. We all miss and need him. This family isn't quite the same without him. so if you could please give him a second chance that would mean a lot. We need him.
     -gisselle C.

EXHIBIT 103 PAGE 1 OF 1

Dear Judge,                                    5/25/14

My name is Esmeralda Colmenares
I am the wife of Hugo Sonora Barron,
we have one son together who
in october will be turning 4 yrs old
this will be the second birthday in
which my husband is not with us,
I also have three girls who have
come to see Hugo as their father.
Your honor my husband is not a
bad person, he is a good man
who always and for most put
his family first, he is the type of
person who will always put other
people's needs before his, he is
always willing to lend a hand
without expecting anything in
return. I know and understand
that this is a serious matter this
has been really hard on my kids
and I, Emotionally and Physically,
It hurts me to see my kids
hurt so much as well as myself,
I believe in the fact that we all
deserve a second chance although
my husband did not make the best

EXHIBIT 104 PAGE 1 OF 2

decision the first time. I am
sure that this will not happen
again, no one is perfect we
all make mistakes and learn
from them, I know my husband
has learned his lesson in life.
With this sed I ask that you
please keep our family in your
thoughts when making you decision
in sentencing my husband. I
thank you for your time.

Esmeralda Colmenares
Colmenares

EXHIBIT 104 PAGE 2 OF 2

May 26, 2014

To whom it may concern,

My name is Alma L. martinez, I am writing in support of my brother in law Hugo Sonora Barron who is married to my sister and is father to my nephew Humberto and step dad to my three nieces who he treats and loves as his own. I really hope that by the end of all these letters you find it in your heart to help out my sisters family by seeing that Hugo has a heart and loves his family as well as is loved.

I've known Hugo for four and a half years and in that time he's shown to be a family man. Whenever I would go visit them on weekdays, he would make sure the girls did their homework and would even sit down with them at the dinner table and help them out. They always had plenty of books and puzzles to keep them entertained in an educational and fun way. As for my nephew, he always made sure he spent quality time playing or just sitting down watching cartoons.

My sister, nieces and nephew miss him very much and well it pretty much goes without saying that my nephew has been a daddys boy from day one as he is Hugo's first baby, so for him losing his dad from one day to the next was especially hard on him. I grew up without my father and I can say from experience that it makes a big difference. Especially when the father is so active in the childrens lives like Hugo was. For my sister, having her husband by her side is an invaluable token needed to help make decisions for their family now and in the future. Having both parents in your life really helps set you up for a more successful life full of triumphs.

I know he's made some mistakes but he's human, there is no one perfect person out there. We live, we make mistakes and we learn. Sure we put ourselves in situations that are hard to come out of but we deserve a second chance to be able to show that although we have our faults, we are able to change for the better, rise, learn and make better conscious decisions.

I believe in my heart that with the love he has for his family and the pain both he and his family have been enduring with their separation that he has learned his "lesson" and will do whats right to help his family move on in a way thats dignified while setting a prime example especially to his son and to the community in which he will reside.

Please grant him the opportunity to redeem himself and make a better future for him and his family. Please grant him this opportunity of a second chance and show that he is worthy. Thank you very much for your valuable time and hopefully opening up your heart to help a family truly in need of being put back together.

Thank you,
Alma L. Martinez

EXHIBIT 105 PAGE 1 OF 1

May 25,2014

To whom it may concern,

My name is Alejandro Martinez Jr. I am currently a Shift Leader at Columbia Steel Casting Co. Inc. I am writing this letter in support of Hugo Sonora Barron. I have known Hugo for a little over four and a half years, as he is married to my sister in law.

Hugo is a dedicated family man and looks out for his son Humberto and three stepdaughter's best interests. He also makes sure his kid's health is a priority. With him out of the picture his kids and wife have begun to experience depression and stress as he is considered part of the foundation of their family. All of this has also affected them significantly emotionally, mentally and socially. If Hugo is forced to be away from his family it will be very difficult as the kids and his wife will struggle without him. He helps out around the house whether it is chores or helping the girls out with schoolwork, not to mention valuable father and son time with Humberto, overall a valuable member of the family. With Hugo being absent for a significant amount of time he will miss out on watching over the kids and his wife as well as watching them all grow up.

I know life is not easy and we all try to look for easy ways to solve problems and along the road we call life we all make decisions that affect us either positively or negatively. Though we try not to live with regrets, we all have them, but we can't move time backwards, we can only hold our head up and move forward. I believe its just human nature to not always make the right decision but the easy one.

This being said, I hope you greatly consider making Hugo Sonora Barron, who is a dedicated and loving family man, a contributing member to our society. I have full faith and confidence that he will not disappoint as he puts his family first and will strive to set the proper examples for his four kids.

Sincerely,
Alejandro Martinez Jr

EXHIBIT 106 PAGE 1 OF 1

Dear Honorable Judge,                                          5/20/14

My Name is Crystal Jimenez I am 30 years old, and I am a district Manager. I have known Hugo for 5 years, he is my brother in law and is married to my sister Esmeralda. In the time that I have known Hugo I have known a loving caring husband. Concerned, loving, and funny Dad to my 4 nieces, and nephew. This has been a hard situation to live for my sister and her family. All the unknowns that await them alone have taken a health toll on both my brother in law Hugo and Sister. The children have suffered too, since my sister is working longer hours to keep up with the house expenses. I have substituted at parent/teacher meetings my two elementary age nieces have dropped in grades, Annelisse has shown signs of depression, she cry's easily when they ask her for her dad, since he would walk them daily to school and pick them up.

Hugo comes from poverty, has a US born I don't know the struggles he and my husband lived in Mexico, or do I know the feeling of being hungry, but I do know that he had no choice, I saw the struggle of him trying to find work, and seeing the letdown time and time again.  Meanwhile the situation back home got worst.

I'm hoping you can see past the charges he is being charged with, and see the husband, father who he really is.

I know that my nieces need him, I am a child of divorce and I know what the separation can mentally do to a young girl. The girls need a father figure, they want a father figure, Hugo took on that role and was very good at it. My nieces were the happiest I had ever seen them. My nephew doesn't understand what is going on, and doesn't understand why his daddy can't come home with them when they go visit him. He often tells him, open the door hug me, I miss you.

I know and understand the severity of the charges presented against Hugo, I know that he had no other option when it came to surviving. I know that the headlines now are almost always of the bad, evil behind these types of crimes, but I promise you that Hugo is none of these statistics, he honestly was a hungry man, with a heavy burden to feed his family in Mexico and to care for his wife, and 4 children here. He applied to many jobs, but all wanted or needed papers he did not have. Hugo is a good man, with a kind heart, please give him the chance to reunite with his family. My nieces Gisselle, Julyssa, Anneliese, and Humberto would be grateful for an eternity.


Crystal Jimenez

Salem, OR

EXHIBIT 107 PAGE 1 OF 1

Dear Honorable Judge,                                            5/20/14

My Name is Jose Mario Jimenez Castillo, I am 29 years old, and for profession I am a Roofer. I have known Hugo Sonora Barron for about 5 years. Hugo is a family man. Hugo has a family of 5 here who he has left alone and vulnerable. I was once a Mexican immigrant and I lived the struggle Hugo lived, it's not easy coming to a new country escaping poverty, crime, corruption. You leave the only home you know for necessity, like many of us, Hugo had no choice, his family in Mexico was starving, and unlike me he had an ill father. As only single male of the family he was the one who had to come and help his family of 6. I was fortunate to have 2 older brothers here, I arrived the US to a secure home, and work was already waiting for me. Hugo wasn't so lucky, his struggle continued, the situation at home continued, and got worse, the drug cartel started to fight in his city, there were innocent people dying daily, during this time Hugo really tried to find work, but it's not easy, the money is minimal, labor is hard, and the money was never enough to meet his family's needs. During this time Hugo met my sister in law Esmeralda, she already had 3 beautiful daughters, Esmeralda became pregnant with Hugo's son and this added to his financial obligations. Hugo took on his role has father figure to these girls, as if he was always there, the girls got attached to him, as he did to them. As a father I know the importance of daily interaction with your children, our society has its own way of raising our children, making them into spoiled, disrespectful kids. Parents have to keep them in line 24/7. This is now difficult for this family, their family is broken.

Please look past the desperate decision Hugo had to make, he really had no choice, his family was not going to survive in Mexico. He alone carried the burden to feed 12+ mouths, this is not easy for anyone. Hugo is a really nice, funny, caring, and humble man. He is always lending a helping hand. I beg you please allow him to come home, his family needs him. Do not allow Gisselle 15, Julyssa 11, Annelisse 9, Humberto 3 grow up without a father figure, they need his guidance, and love. His wife Esmeralda needs his love and support, as head of house hold we have seen her worries, stress, increase, and her health decrease, she has anxiety, depression. She is trying to stay afloat and keep it all together, but she cannot alone.

Hugo was the strength of this family and the one in Mexico. I ask that you not judge him on a time frame were he made the only decision he could make based on the opportunity's he had to keep his family alive. But look at the family man that I know, the husband, father, son, and brother, neighbor who was always helping others, aware of the struggle and always remained true to his roots.

I know his crime cannot go unpunished, but I pray that you find it in your heart to be lenient and give Hugo and his family to reunite soon.


Thank you for your time.

*Jose Mario Jimenez C.*

Jose Mario Jimenez Castillo

Salem, OR


EXHIBIT 108 PAGE 1 OF 1

A QUIEN CORRESPONDA                    18/FEB/14

POR MEDIO DE LA PRESENTE HAGO CONSTAR QUE
CONOSCO AL C: HUGO EDUARDO SONORA BARRON
DESDE HACE APROXIMADAMENTE 28 AÑOS SIENDO
AMIGOS DESDE LA INFANCIA.

DE IGUAL FORMA RECONOSCO QUE ES UNA PERSONA
RESPONSABLE Y TRABAJADORA DESDE CHICO SIEMPRE FUE
UNA PERSONA QUE TRABAJO PARA SALIR ADELANTE EN
SUS METAS PERSONALES, ASI COMO EN LAS LABORABLES
UNA PERSONA AMIGABLE Y QUERIDO POR TODOS SUS
AMIGOS.







EXHIBIT 109 PAGE 1 OF 2

February 18, 2014

To whom it may concern:

I am giving my honest word that I have known Mr Hugo Barron Sonora for about 28 years.  We have been friends since day one.

I recognize that in the same way he is a responsible and hardworking person since childhood.

Was always a person who worked to succeed in their personal goals as well as working and was always a friendly person and loved by all his friends.


Sincerely,

Jose Soto-Mayorga

EXHIBIT 109 PAGE 2 OF 2

A Quien Corrusponda:  19/FEB/2014.

RECONOZCO POR MEDIO DE LA PRESENTE, CONOCER
AL SR. HUGO EDUANDO SONORA BARRON. APROXIMADAMENTE.
DISDE EL AÑO 1991, CONOCEL DESDE LA NIÑEZ.
QUIEN SIEMPRE TRABAJO PARA BIEN EN ALGUNAS
CARNICERIAS DE LA CIUDAD; SIENDO UNA PERSONA
TRABAJADORA, BUEN HIJO, Y BUEN AMIGO. AL CUAL
HASTA EL MOMENTO SE LE TIENE APRECIO, Y ESTEEM
POR PARTE DE LA COMUNIDAD. AGRADECIENDOLE
SU ATENCION, Y ESPERANDO REFLEJE EN USTEDES
LA BUENA EMPRESION QUE SE TIENE DE NUESTRA
AMIGO HUGO, DENTRO DE TODOS NOSOTROS

ATENTAMENTE.

ISAAC BERNAL SIORDIA.

EXHIBIT 110 PAGE 1 OF 2





INSTITUTO FEDERAL ELECTORAL
REGISTRO FEDERAL DE ELECTORES
CREDENCIAL PARA VOTAR

NOMBRE
BERNAL
SIORDIA
ISAAC
EDAD 29  SEXO H
DOMICILIO
C FRANCISCO PARRA ORTIZ 16
COL GOBERNADORES 63175
TEPIC ,NAY.
FOLIO 0000115021948  AÑO DE REGISTRO 06 02
CLAVE DE ELECTOR BRSRIS80050
CURP BESI800501HNTRRS08
ESTADO 18  MUNICIPIO 017

February 19, 2014

To whom it may concern:

I have known Mr Hugo Barron Sonora since approximately the year 1991. I've known him to have always been a great worker in various meat stores in the city. He is a great hard worker, good son and friend. As a part of the community it is my honor to be able to write about him. I would like to express to you all what a great member of the community he is to us and we all here miss him greatly.

Sincerely,

Isaac Bernal-Siordia

EXHIBIT 110 PAGE 2 OF 2

19/Feb/2014

 

A QUIEN CORRESPONDA:

POR MEDIO DE LA PRESENTE HAGO CONSTAR QUE CONOZCO PERSONALMENTE

AL C. HUGO EDUARDO SONORA BARRON APROXIMADAMENTE

DESDE EL AÑO DE 1991. CON EL CUAL FORME UNA GRAN AMISTAD

YA QUE ES UNA MUY BUENA PERSONA, RESPONSABLE CON SU TRABAJO

Y MUY APEGADO A SU FAMILIA. SOLO PODRIA DECIR COSAS BUENAS

DE SU PERSONA YA QUE ESTOY MUY AGRADECIDO CON LA AMISTAD QUE

TENEMOS. ESPERO QUE MUY PRONTO ESTE DE REGRESO CON SU FAMILIA Y

AMISTADES QUE LO QUEREMOS.

MUCHAS GRACIAS POR SU ATENCION PRESTADA Y APROVECHO PARA

ENVIARLE UN CORDIAL SALUDO.

ATENTAMENTE

IVAN BERNAL SJORDEN

EXHIBIT III   PAGE 1 OF 2

To whom it may concern:

Through this I affirm that I am pleased to say that I have known Hugo Eduardo Sonora-Barron from approximately 1991. In every form he is a great friend and a wonderful person, responsible with his work and very attached to his family. All I can say is good things about him personally and I am very fond of our friendship that we have. I hope he is able to rejoin his family and friends who love and care for him a lot.

Thank you for you attention and time to read my letter.

Sincerely,

Ivan Bernal

EXHIBIT III PAGE 2 OF 2

Tepic, Nayarit        18 de Febrero de 2014

A quien corresponda:

Yo Cristina Gabriela Sonora B. Pido a usted consideración por mi hermano el Sr. Hugo Eduardo Sonora B. preso en el Estado de Oregon; venimos de una familia honesta y muy trabajadora, el es muy responsable y de muy nobles sentimientos sobran palabras para describir a una persona que siempre da su máximo apoyo. Sin dejar atras que su esposa y sus 4 hijos además de que dependen de el, lo necesitan mucho pues son pequeños aun. Mis padres no puden ir a verlo pues su salud no es la más adecuada para viajar. Con esto pretendo sencibilizarlo a Usted pues todos cometemos errores, más es de humanos corregirlos. Le envio un saludo cordial y espero su respuesta sea favorable para mi herman gracias

atte.
Cristina
Sonora



INSTITUTO FEDERAL ELECTORAL
REGISTRO FEDERAL DE ELECTORES
CREDENCIAL PARA VOTAR

NOMBRE
SONORA
BARRON
CRISTINA GABRIELA
EDAD 34
SEXO M

DOMICILIO
C DELFIN 14
COL ADOLFO LOPEZ MATEOS 63821
TEPIC ,NAY.
FOLIO 0000112297484    AÑO DE REGISTRO ...
CLAVE DE ELECTOR  SNBRCR79021618M...
CURP SOBC790216MNTNRR08
ESTADO 18   MUNICIPIO 017
LOCALIDAD 0001   SECCION  0600
EMISION 2013  VIGENCIA HASTA 2023    FIRMA

ESTE DOCUMENTO ES INTRANSFERIBLE,
NO ES VALIDO SI PRESENTA TACHA-
DURAS O ENMENDADURAS.
EL TITULAR ESTA OBLIGADO A NOTI-
FICAR EL CAMBIO DE DOMICILIO EN
LOS 90 DIAS SIGUIENTES A QUE ESTE
OCURRA.

EDMUNDO JACOBO MOLINA.
SECRETARIO EJECUTIVO DEL
INSTITUTO FEDERAL ELECTORAL

ELECCIONES FEDERALES    LOCALES Y EXTRAORDINARIAS

EXHIBIT 112 PAGE 1 OF 2

February 14, 2014

To whom it may concern:

I Cristina Gabiela Sonora Barron ask you consideration for my sr brother Hugo Barron Sonora in the state of Oregon, we come from an honest and hardworking family, is very responsible and very noble sentiments too many words to describe a person who always give their maximum support. Without leaving behind his wife and 4 children in addition to be dependent, need much as they are a small. My parents did not go and his health is not the most suitable for traveling. With this I intend sincerely to you as we all make mistakes, but human is correct. I send warm greetings and I hope your answer is favorable to my sister. Thank you.

Sincerely,

Alma Isavra Sonora-Barron

EXHIBIT 112 PAGE 2 OF 2

Tepic, Nayarit a 14 de Febrero del 2014.

A quien corresponda:

Por medio de este conducto y con el respeto que se merecen me dirijo a ud. (uds.) para hacer de su conocimiento que mi hermano Hugo Eduardo Sonora Barrón, es una persona tranquila, honesta, respetuosa y nada problemática.

Desde niño demostró su interés por salir adelante pues desde los 10 años empezó a trabajar y hacerse responsable de su persona, logrando con ello abrirse puertas en su camino a trabajos con mucha responsabilidad.

Fué educado con valores, venimos de una familia sencilla y trabajadora por lo que les ruego consideren a mi hermano pues tiene 4 niños y esposa que dependan de él.

De antemano muchísimas gracias por la atención prestada y quedo de ustedes.

Alma Isaura Sonora Barrón

EXHIBIT 113 PAGE 1 OF 2





INSTITUTO FEDERAL ELECTORAL
REGISTRO FEDERAL DE ELECTORES
CREDENCIAL PARA VOTAR

NOMBRE
SONORA
BARRON
ALMA ISAURA
DOMICILIO
C VILLA DE IBARGENGOITIA 8
FRACC VISTAS DE LA CANTERA 63173
TEPIC ,NAY.
FOLIO 0000058786179    AÑO DE REGISTRO
CLAVE DE ELECTOR  SNBRAL78020918M3D
CURP SOBA780209MNTNRL05
ESTADO  18    MUNICIPIO  017
LOCALIDAD 0001    SECCION  0758
EMISIÓN  2010    VIGENCIA HASTA 2020

EDAD  32
SEXO  M

February 14, 2014

To whom it may concern:

Through this conduit and with the respect they deserve I am writing to let you know that my brother Hugo is a calm, honest, respectful and nothing problematic person.

Since child I showed your interest to get ahead because since 10 years he started to work and take responsibility for his person, thereby achieving our open jobs on his way with a lot of responsibility.

I was raised with values. We come from a working family and so I beg you to consider my brother, as has 4 children and the dependent wife.

In advance many thanks for your attention and I remain.

Sincerely,

Alma Isavra Sonora-Barron

EXHIBIT 113 PAGE 2 OF 2

A quién corresponda.

Por medio de la presente hago constar
que conosco al sr. Hugo Eduardo Sonora Barrón —
desde su infancia, en su adolescencia para ayudar a
sus padres comenzó a trabajar. Siempre se a caracte-
rizado por su trato amable y respetuoso con las —
personas, es honesto, trabajador, responsable y sobre
todo buen hijo que siempre a ayudado a sus padres.

Atte.

José de Jesús Munguía A.

EXHIBIT 114 PAGE 1 OF 2



**INSTITUTO FEDERAL ELECTORAL**
REGISTRO FEDERAL DE ELECTORES
CREDENCIAL PARA VOTAR

NOMBRE
MUNGUIA
ARAMBULA
JOSE DE JESUS
DOMICILIO
C ADOLFO LOPEZ MATEOS 200
COL ADOLFO LOPEZ MATEOS 63021
TEPIC ,NAY.
FOLIO 0000033419770  AÑO DE REGISTRO  1991 00
CLAVE DE ELECTOR  MNARJSS3013118H300
ESTADO  18  DISTRITO
MUNICIPIO  017  LOCALIDAD  0001  SECCION  0627

EDAD  50
SEXO  H





ESTE DOCUMENTO ES INTRANSFERIBLE,
NO ES VALIDO SI PRESENTA TACHA-
DURAS O ENMENDADURAS.
EL TITULAR ESTA OBLIGADO A NOTI-
FICAR EL CAMBIO DE DOMICILIO EN
LOS 30 DIAS SIGUIENTES A QUE ESTE
OCURRA.

FERNANDO ZERTUCHE MUÑOZ
SECRETARIO EJECUTIVO DEL
INSTITUTO FEDERAL ELECTORAL

ELECCIONES FEDERALES .    LOCALES
18  15  06  09    09  10  11  12  03  04  05  06  07  08    EXTRAORDINARIAS Y (OTRAS)

February 14, 2014

To whom it may concern:

by hereby state that I do know the Hugo Barron-Sonora since childhood, as idol to help their parents started working. To always characterized his dealings with people, is honest, hardworking, and mostly well responsible son who always helped his parents.

Sincerely,

Jose de Jesus Munguiz A.

EXHIBIT 114 PAGE 2 OF 2

Tepic Nayarit    19 Febrero 2014

*A quien Corresponda:

Por medio de la presente hago constar que conozco al señor Hugo Eduardo Sonora Barrón desde hace 15 años. Aunque no nos vemos pero siempre hemos tenido comunicación.

El es mi amigo de infancia es una persona amigable con actitud positiva siempre de superarse y salir adelante. El es muy respetuoso y siempre hemos contado con su apoyo.

Dios quiera que él obtenga su libertad pronto para que este con su familia esposo e hijos que tanto lo necesitan ya que son pequeños.

Esperando verlo pronto...

Por su atención

Gracias!!

Karla L. Munguia.

EXHIBIT 115  PAGE 1  OF 2



INSTITUTO FEDERAL ELECTORAL
REGISTRO FEDERAL DE ELECTORES
**CREDENCIAL PARA VOTAR**

NOMBRE
MUNGUIA
OSUNA
KARLA LORENA
DOMICILIO
C ADOLFO LOPEZ MATEOS 200
COL ADOLFO LOPEZ MATEOS 63021
TEPIC ,NAY.
FOLIO 0618022302776  AÑO DE REGISTRO  2006  00
CLAVE DE ELECTOR  MNOSKR87042018M000
ESTADO  18  DISTRITO
MUNICIPIO  017  LOCALIDAD  0001  SECCION  0827

EDAD  18
SEXO  M



ESTE DOCUMENTO ES INTRANSFERIBLE,
NO ES VALIDO SI PRESENTA TACHA-
DURAS O ENMENDADURAS.
EL TITULAR ESTA OBLIGADO A NOTI-
FICAR EL CAMBIO DE DOMICILIO EN
LOS 30 DIAS SIGUIENTES A QUE ESTE
OCURRA.

MANUEL LOPEZ BERNAL
SECRETARIO EJECUTIVO DEL
INSTITUTO FEDERAL ELECTORAL

Karla L. Munguia.

0621706124878

ELECCIONES  FEDERALES
12  15  06  09
LOCALES
09  10  11  12  13  04  05  06  07  08
EXTRAORDINARIAS (FDRL)

Through the present I certify that I know to Mr. Hugo Barron Sonora for 15 years. Although we do not see but we have always had communication.

He is my childhood friend is a friendly person with a positive attitude always overcome and come out ahead. He is very respectful and have always condones support.

God I want that for their freedom soon so I need this to your that are small.

Hoping to see you soon.

Thank you.

Karla L. Mungia

EXHIBIT _11 5_ PAGE _2_ OF _2_

Tepic, Nayarit, 19 de Febrero   2014

A quien corresponda.

Yo Miriam Verenice Munguía Osuna le envío esta carta, dando a conocer a su persona que conosco al Sr. Hugo Eduardo Sonora Barrón desde hace 20 años.

Siendo él una persona honesta, trabajadora y responsable.
A la edad de 15 años comenzo a trabajar ya que mostraba ganas de sobre salir y valerse por sí mismo. honradamente.

Nunca tuvo problema alguno con sus empleadores, ni con amistades ya que él siempre a sido una persona honesta, leal y carismatica.

En lo familiar a sido un hijo que se procupa por el bienestar de sus padres y hermanos, buen padre y esposo.

Pido a usted reconsidere su caso a su favor gracias.

Atte.
Miriam Verenice Munguía Osuna.



**INSTITUTO FEDERAL ELECTORAL**
REGISTRO FEDERAL DE ELECTORES
CREDENCIAL PARA VOTAR

NOMBRE
MUNGUIA
OSUNA
MIRIAM VERENICE
DOMICILIO
C ADOLFO LOPEZ MATEOS 210
COL ADOLFO LOPEZ MATEOS 63021
TEPIC ,NAY.
FOLIO 0000129133020    AÑO DE REGISTRO 2000 01
CLAVE DE ELECTOR MNOSMR81031518M100
ESTADO 18    DISTRITO
MUNICIPIO 017    LOCALIDAD 0001    SECCION 0627

EDAD 26
SEXO M





EXHIBIT 116 PAGE 1 OF 2

To whom it may concern:

And Miriam Verenice Mungia Osuna sent him this letter, announcing his person I know Mr Hugo Eduardo Barron Sonora for 20 years.

Being involved an honest and responsible person who was a hard worker. At age 15 I started working I feel like showing on leave and fend for himself honorable.

Did not ever had any problems with their employers or with friends since always been an honest person.

In the familiar to been a son who cares about the welfare of their parents and siblings, good father and husband.

I ask you reconsider your case in your favor thanks.


Thank you.

Miriam Verenice Mungia Osuna

EXHIBIT 116 PAGE 2 OF 2



# COMERCIALIZADORA DE CARNES "AGUILLON"

## PROP. LUIS MANUEL AGUILLON BIZARRON

**Aguillón** — Abastecedora de carnes

*Lo Mejor de Nayarit ... Siempre.*

Tepic Nayarit 18 Febrero 2014.

A quien corresponda;

Por medio de la presente doy testimonio que el c. Hugo Eduardo Sonora Barron trabajo para esta empresa durante 5 Años demostrando capacidad laboral, buena presentación y exelente conducta durante el tiempo que presto sus servicios con honradez y buen compañero de trabajo.

Sin mas, por el momento y quedando enteramente a sus ordenes.

Gloria Bizarron de Aguillon
Representante legal.

COMERCIALIZADORA DE CARNES "AGUILLON"
P. GUERRERO No. 448 NTE. COL. SANTA TERESITA
TELS. 212-84-87
217-98-64    TEPIC, NAY

EXHIBIT 117 PAGE 1 OF 2

**P. GUERRERO No. 448 NTE. COL. SANTA TERESITA**
**TEL. 212-84-87 y 217-98-64    TEPIC, NAYARIT.**

To whom it may concern:

By means of this I testify that Hugo Barron Sonora work for this company for 5 years demonstrated work ability, good presentation and excellent behavior during the time their services lent with honors and well co-worker.

No more for now and being at your service.


Thank you.

Gloria Bizarron de Aguillon

EXHIBIT 17 PAGE 2 OF 2



Tepic, Nayarit a 18 de Febrero de 2014

A QUIEN CORRESPONDA:

Por medio de la presente yo el C. **Julián Aguillón Bonilla** me permito extender esta carta para señalar que conozco al C. **Hugo Eduardo Sonora Barrón** como una persona Honesta, Honrada, de Buenos Sentimientos, Respetuoso y Trabajador, ya que estuvo laborando en mi Empresa alrededor de 5 Años y jamás mostro otro tipo de actitud.

Sin más por el momento me despido enviando un cordial saludo y quedo a sus órdenes para cualquier duda o aclaración.

ATENTAMENTE:

JULIAN AGUILLON BONILLA

EXHIBIT _118_ PAGE _1_ OF _2_

To whom it may concern:

By this I Aguillon Julian Bonilla allow me to extend this letter to point out that I know the Sonora Hugo Barron as an honest and honorable person. Good  feelings, respectful and hardworking, and who was working in my company about 5 years and never showed another type of attitude.

No more for now I say goodbye sending cordial greetings and I am at your service for any questions or clarification.

Thank you.

Julian Aguillon Bonilla

EXHIBIT 118 PAGE 2 OF 2

A quien corresponda:

Por medio de la presente me dirijo a Usted de la manera más atenta, haciendole saber que mi hermano el c. Hugo Eduardo Sonora Barré, es una persona con principios, Honesto, Responsable, Trabajador desde muy joven, dedicado a su familia; Una persona Honrada y de Bien; Le pido encarecidamente para que considere a mi hermano y prontamente pueda regresar con su familia, ya que sus 4 hijos lo necesitan mucho; A todos nos hace mucha falta

Agradeciendo su invaluable apoyo, quedo de Usted.

Saludos Cordiales!

Atentamente
IBQ. Perla Haydée Sonora Barré.

EXHIBIT 119 PAGE 1 OF 2

To whom it may concern:

Through this I am writing to you in the most courteous manner, letting you know that my brother Hugo Eduardo Barron Sonora, is a person with principle, honest, responsible, hardworking very young devoted family. An honest and good person, I ask  to consider my brother and allow it so he can be back with his family, as their 4 children so much need, all we really need.

Thank you their invaluable support, is you.

Best regards.


Perla Haydee Sonora Barron

EXHIBIT 119  PAGE 2 OF 2

Tepic, Nay. México; a 09 de Febrero de 2014.

A quién corresponda:

Por medio de este conducto recomiendo al señor: Hugo Eduardo Sonora Barrón, a quién conozco desde hace 14 años como una persona responsable, perseverante, paciente y muy atenta a sus obligaciones, desde su adolescencia y hasta la fecha siempre mostró honestidad al trabajo, por lo que no tengo ningún inconveniente en recomendarlo ampliamente.

Esperando contar con una respuesta favorable a ésta petición, quedó de usted.

ATENTAMENTE

Adauto Pérez González

EXHIBIT 120 PAGE 1 OF 2





To whom it may concern:

By this gentleman  Hugo Barron Sonora whom I've known for 14 years as a responsible, persevering, patient and very attentive to their duties, from adolescence and have the date always showed honesty to work, so no I have no hesitation in recommending widely.

Hoping to have a favorable response to this request, I am you.

Adauto Perez Gonzalez

EXHIBIT 120 PAGE 2 OF 2

Tepic, Nayarit                    Febrero / 2014

A Quien Corresponda.,

Mi Nombre es Irma Leticia Barrón Delgado.

Deceo expresar Mis pensamientos de Madre.,
Ya que mi Hijo, Hugo Eduardo Sonora Barrón, Siempre
Ha sido trabajador, ya que desde cuanto estaba en la
Primaria, y Secundaria Vendía Pan, Gelatinas, barría
Las calles por las noches, por medio del Ayuntamiento, del
Estado, Para ayudar Economicamente a la casa, para el sustento.
Su Papá es lo que le enseñó a ser Trabajador, Noble, Honrad
Ya Creció, y Para irse a los Estados Unidos a trabajar, para aya
nos- Siempre ha sido su Deceo ayudarnos, es el mas chico de
Mis Hijos, yo estoy muy Triste con depresion; Creanme! por amor de
Dios, no digo mentiras, Su Papá y yo su mamá estamos sufriendo, Su
Hermanos igual. Gracias por escucharme y espero que mi Hijo obtenga
                                                    Su libertad.
                        De antemano Gracias.  Su servidora.
                                              Irma Leticia Barrón





INSTITUTO FEDERAL ELECTORAL
REGISTRO FEDERAL DE ELECTORES
CREDENCIAL PARA VOTAR

NOMBRE
BARRON
DELGADO
IRMA LETICIA
DOMICILIO
C. LAZARO CARDENAS 147
COL LOPEZ MATEOS 63021
TEPIC  NAY.
FOLIO  0000033412842      AÑO DE REGISTRO
CLAVE DE ELECTOR  BRDLIR53052518M800
CURP  BADI530525MNTRLR00
ESTADO  18    MUNICIPIO  917
LOCALIDAD  0001    SECCION  0600
EMISIÓN  2010    VIGENCIA HASTA 2020

EDAD  57
SEXO  M

ESTE DOCUMENTO ES INTRANSFERIBLE,
NO ES VALIDO SI PRESENTA TACHA-
DURAS O ENMENDADURAS

EL TITULAR ESTA OBLIGADO A NOTI-
FICAR EL CAMBIO DE DOMICILIO EN
LOS 30 DIAS SIGUIENTES A QUE ESTE
OCURRA

EDMUNDO JACOBO MOLINA
SECRETARIO EJECUTIVO DEL
INSTITUTO FEDERAL ELECTORAL

ELECCIONES FEDERALES    LOCALES Y EXTRAORDINARIAS

EXHIBIT  12  PAGE  1  OF  1

Tepic Nayarit

Febrero 2014

A Quien Corresponda

Mi nombre es María Esther Barron Delgado
y/o Conozco a mi Sobrino Hijo Eduardo Sanar Barron
desde que nació siempre a sido un buen hijo
digno de admirar; que mi hermana Irma Leticia
Barron Delgado se siente Orgullosa, ya que desde
niño Fue muy trabajador, pues llego a Trabajar
vendiendo, gelatinas y Pan por las calles, asi
Como llego a Trabajar para el municipio en la
limpieza de las calles de tepic Nayarit Mexico,
sin descuidar Sus Estudios, de la primaria y
secundaria y Continuo trabajando en una Conivien
hasta su mayoria de edad, entregando todo su Esfuerzo
Como siempre. Hasta que decidio ir a Trabajar al Extranjero
Cerca, toda su vida y su poco dinero que llevaba,
para tener un mejor porvenir, y poder mandar dinero,
a sus Padres y Hermanos de Tal manera que mi Sobrino
tiene buenos, Principios Morales inculcados por sus Padres.

O Gracias Por Escucharme



INSTITUTO FEDERAL ELECTORAL
REGISTRO FEDERAL DE ELECTORES
CREDENCIAL PARA VOTAR

NOMBRE
BARRON
DELGADO
MARIA ESTHER
DOMICILIO
C FRAMBOYANES 56
INFONAVIT LOS SAUCES 63195
TEPIC ,NAY.
FOLIO 0000073578492    AÑO DE REGISTRO 2003 01
CLAVE DE ELECTOR BRDLES590207718M1
CURP BADE580207MNTRLLS07
ESTADO  18   MUNICIPIO 017
LOCALIDAD 0001   SECCION 0761
EMISIÓN 2010  VIGENCIA HASTA 2020

EDAD 52
SEXO M

FIRMA

ESTE DOCUMENTO ES INTRANSFERIBLE,
NO ES VALIDO SI PRESENTA TACHA-
DURAS O ENMENDADURAS.
EL TITULAR ESTA OBLIGADO A NOTI-
FICAR EL CAMBIO DE DOMICILIO EN
LOS 30 DIAS SIGUIENTES A QUE ESTE
OCURRA.

EDMUNDO JACOBO MOLINA
SECRETARIO EJECUTIVO DEL
INSTITUTO FEDERAL ELECTORAL

ELECCIONES FEDERALES    LOCALES Y EXTRAORDINARIAS




María Esther Barron Delgado

EXHIBIT 122  PAGE 1 OF 1

A QUIEN CORRESPONDA YO

HUMBERTO SONORA ME DIRISO
A USTEDES PARA PEDIR LA
PRONTA LIBERACIÓN DE MI HIJO
HUGO EDUARDO SONORA BARRÓN
QUE EL MES DE JULIO DEL 2013
YA QUE DE DEPENDE SU ESPOSA
Y SUS 4 HIJOS MENORES DE EDAD
MI HIJO HUGO EDUARDO ES UNA
PERSONA TRABASADORA Y HONESTA
ATENTAMENTE SU SERVIDOR

Humberto Sonora.



INSTITUTO FEDERAL ELECTORAL
REGISTRO FEDERAL DE ELECTORES
**CREDENCIAL PARA VOTAR**

NOMBRE
SONORA
OCEGUEDA
HUMBERTO

EDAD 59
SEXO H

DOMICILIO
C LAZARO CARDENAS 147
COL LOPEZ MATEOS 63021
TEPIC ,NAY.

FOLIO 000003412241   AÑO DE REGISTRO 1991 01
CLAVE DE ELECTOR SNOCHM51011618H100
CURP SOOH510116HNTNCM04
ESTADO 18   MUNICIPIO 017
LOCALIDAD 0001   SECCION 0600
EMISION 2010   VIGENCIA HASTA 2020





EDMUNDO JACOBO MOLINA
SECRETARIO EJECUTIVO DEL
INSTITUTO FEDERAL ELECTORAL

EXHIBIT 123 PAGE 1 OF 1